**Order entered August 6, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01568-CR

**ROBERT ALAN NOURSE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 5**
**Collin County, Texas**
**Trial Court Cause No. 005-84640-2013**

## ORDER

This appeal is **REINSTATED**.

In a hearing conducted on July 14, 2015, the trial court recommended that appellant receive a sixty-day extension of time to file his brief. We **ADOPT** the trial court's recommendation. Appellant's brief shall be due on **September 14, 2015**.

No further extensions will be granted. If appellant's brief is not filed by September 14, 2015, we will, without further notice, submit the appeal without briefs. *See* TEX. R. APP. P. 38.8(b).

/s/     LANA MYERS
         JUSTICE